PEOPLE ex rel. YOUNG, Appellant, v. RON-
NER, Respondent. (Supreme Court, Appellate
Division, First Department. December 11,
1903.) Proceeding by the people of the state
of New York, on the relation of Frank P.
Young, against John H. J. Ronner. J. E. Bul-
len, for appellant. T. Farley, for respondent.
No opinion. Order affirmed, with $50 costs and
disbursements.

PEREZ, Respondent, v. SANDROWITZ, Ap-
pellant. (Supreme Court, Appellate Division,
First Department. January 8, 1904.) Action
by David Perez, as administrator, against Ber-
nard Sandrowitz. E. L. Richards, Jr., for ap-
pellant. H. W. Unger, for respondent.
PER CURIAM. Judgment and order affirm-
ed, with costs.
LAUGHLIN, J., dissents.

PETERS, Respondent, v. MORNING JOUR-
NAL ASS'N, Appellant. (Supreme Court, Ap-
pellate Division, First Department. December
24, 1903.) Action by Emilie M. C. Peters
against the Morning Journal Association. C.
J. Shearn, for appellant. T. D. Adams, for
respondent. No opinion. Judgment and order
affirmed, with costs.

PHETTEPLACE, Respondent, v. LANE,
Appellant. (Supreme Court, Appellate Divi-
sion, Third Department. January 6, 1904.)
Action by Julian Phetteplace against Smith
Lane. No opinion. Judgment reduced to $96.-
72, and, as modified, affirmed, with costs to
appellant.

PHILLIPS et al., Respondents, v. MAN-
HATTAN RY. CO. et al., Appellants. (Su-
preme Court, Appellate Division, First De-
partment. December 24, 1903.) Action by
Charles E. H. Phillips and others against the
Manhattan Railway Company and others. T.
L. Waugh, for appellants. E. M. Felt, for re-
spondents.
PER CURIAM. Judgment modified, by re-
ducing judgment as entered for rental dam-
ages, including costs, interest, and allowance,
to the sum of $1,322.50, and, as so modified, af-
firmed, without costs.
VAN BRUNT, P. J., dissents as to rental
damage.

PIERSON, Respondent, v. DELAWARE &
HUDSON CO., Appellant. (Supreme Court,
Appellate Division, Third Department. Jan-
uary 6, 1904.) Action by John H. Pierson
against the Delaware & Hudson Company.
PER CURIAM. Judgment and order re-
versed, on the ground that the damages are ex-
cessive, and a new trial granted, upon payment
of costs of the former trial by defendant, un-
less the plaintiff stipulate to reduce verdict to
$7,000, in which event the judgment and order,
as so modified, are affirmed, without costs of
this appeal to either party.
HOUGHTON, J., votes generally for re-
versal.

PODMORE v. DIME SAV. BANK OF
BROOKLYN. (Supreme Court, Appellate Di-
vision, First Department. December 24, 1903.)
Action by John Podmore, as administrator,
against the Dime Savings Bank of Brooklyn.
No opinion. Motion to revive action granted.

PORTER, Appellant, v. CHAPIN et al., Re-
spondents. (Supreme Court, Appellate Division,
Fourth Department. December 8, 1903.) Ac-
tion by Adelia H. Porter against Charles
Chapin and Matthew Beardsley. No opinion.
Judgment affirmed, with costs.

POST, Appellant, v. MOORE, Respondent.
(Supreme Court, Appellate Division, First De-
partment. December 11, 1903.) Action by Nel-
lie Post against Katharine E. Moore. W. R.
Bronk, for appellant. C. E. Souther, for re-
spondent. No opinion. Judgment affirmed, with
costs.

POST, Appellant, v. MOORE, Respondent.
(Supreme Court, Appellate Division, First De-
partment. December 11, 1903.) Action by Nel-
lie Post against Katharine E. Moore. W. R.
Bronk, for appellant. C. E. Souther, for re-
spondent. No opinion. Order affirmed, with
$10 costs and disbursements.

POWELL v. HARRISON et al. (Supreme
Court, Appellate Division, Third Department.
January 16, 1904.) Action by Martin Powell
against Everett Harrison and others. No opin-
ion. Motion denied.

POWELL v. HUDSON VALLEY RY. CO.
(Supreme Court, Appellate Division, Third De-
partment. January 16, 1904.) Action by Mary
Powell against the Hudson Valley Railway
Company. No opinion. Motion denied.

QUICK, Respondent, v. YONKERS R. CO.,
Appellant. (Supreme Court, Appellate Division,
Second Department. December 30, 1903.) Ac-
tion by Elizabeth Quick against the Yonkers
Railroad Company. No opinion. Judgment
and order unanimously affirmed, with costs.

QUINCY, Respondent, v. LAWSON et al.,
Appellants. (Supreme Court, Appellate Divi-
sion, First Department. December 11, 1903.)
Action by Emma Quincy, as executrix of John
D. Quincy, deceased, against Samuel Lawson
and others. From a judgment for plaintiff, de-
fendants appeal. Modified. Henry A. Forster,
for appellants. Arnold C. Weil, for respond-
ent.
PER CURIAM. We have examined this rec-
ord, and particularly the rulings upon evidence
to which exceptions were taken, but none of
them would justify us in reversing the judg-
ment; nor upon the other grounds suggested do
we think it should be reversed. In form, how-
ever, there should be a modification. There is
no serious dispute but that the lease was part-
nership property; and it was of no importance
whether it remained in the name of Quincy or
of these defendants. It was unnecessary, there-